# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0078
L.T. Case No. 2023-32489-CICI

_____

SILAS KENDRICKS,

Appellant,

v.

TOMOKA CORRECTIONAL
INSTITUTION,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

Silas Kendricks, Cross City, pro se.

No Appearance for Appellee.

July 9, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____